IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00011-WDM-BNB

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

COLLARD PROPERTIES, LLC,

Defendant.

_____

**ORDER**

_____

I am informed that the plaintiff anticipates filing a motion to amend and to add parties,

which the defendant does not anticipate opposing.

IT IS ORDERED:

(1)     The plaintiff shall file its motion to amend, if at all, on or before **April 4, 2011**;

and

(2)     The Scheduling Conference set for March 8, 2011, is VACATED and RESET to

**June 21, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff's counsel may attend the Scheduling

Conference by telephone by contacting the court at the appropriate date and time at 303-844-

6408.  A revised proposed Scheduling Order shall be prepared by the parties and submitted to

the court on or before **June 14, 2011**.

Dated March 8, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge