IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00011-WDM-BNB

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

COLLARD PROPERTIES, LLC,

Defendant.

_____

## ORDER
_____

This matter arises on **Plaintiff's Unopposed Motion to Amend Complaint and Memorandum of Law In Support Thereof** [Doc. # 17, filed 3/18/2011] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend [Doc. # 17] is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint--Injunctive Relief Sought [Doc. # 17-1].

Dated March 21, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge