IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

COLLARD PROPERTIES, LLC,
RASMUSSEN CONSTRUCTION SERVICES, LLC,
KENDALL JAY RASMUSSEN a/k/a JAY RASMUSSEN,
KAYDEE WYATT,
TRACEY R. TILLMAN, and
MICKIE TILLMAN,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant Collard's Motion to Amend Answer** [docket no. 52, filed August 30, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Exhibit 1, Defendant Collard Properties' Amended Answer to Amended Complaint Jury Demand and Cross-'Claims, for filing.

DATED:  September 1, 2011