IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

COLLARD PROPERTIES, LLC;
RASMUSSEN CONSTRUCTION SERVICES, LLC;
KENDALL JAY RASMUSSEN, a/k/a K. Jay Rasmussen; and
KAYDEE WYATT,

    Defendants.

---

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS TRACEY R. TILLMAN AND MICKIE TILLMAN**

---

THIS MATTER comes before the Court on the Joint Motion for Dismissal with Prejudice (Motion) **(#63)**. Having reviewed the Motion,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and any and all claims against Defendants Tracey R. Tillman and Mickie Tillman are hereby dismissed, with prejudice, each party to bear his, her or its attorneys fees and costs. The caption shall so reflect.

DATED this 14th day of September, 2011.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge