IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00011-MSK- BNB | Date: October 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HOME DESIGN SERVICES, INC., | Anthony Lawhon |
| Plaintiff(s), | |
| v. | |
| COLLARD PROPERTIES, LLC, | Amber Ju |
| RASMUSSEN CONSTRUCTION SERVICES, LLC, | William Stanton |
| KENDALL JAY RASMUSSEN, and | |
| also known as K.Jay Rasmussen | |
| KAYDEE WYATT, | Connor Cantrell |
| TRACEY R. TILLMAN, | PRO SE |
| MICKIE TILLMAN, | PRO SE |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:      8:38 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's second motion to amend complaint and memorandum of law in support thereof [Doc.#65;filed 9/19/11] is granted for reasons stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.

**ORDERED:** **Unopposed motion to modify scheduling order [Doc.#73; filed 10/3/11] is granted for reasons stated on the record.**
  **The Scheduling Order is modified as follows:**
    **Discovery cut-off: April 16, 2012**
    **Dispositive motion deadline : May 16, 2012**
    **The parties shall designate all experts on or before: January 6, 2012.**
    **The parties shall designate all rebuttal experts on or before: February 6, 2012.**

Court in Recess:    9:22 a.m.    Hearing concluded.    Total time in Court: 00:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.