IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

COLLARD PROPERTIES, LLC,
RASMUSSEN CONSTRUCTION SERVICES, LLC,
KENDALL JAY RASMUSSEN a/k/a JAY RASMUSSEN, and
KAYDEE WYATT,

Defendant.

---

# ORDER

---

This matter arises on the following:

(1) **Plaintiff's Second Motion to Amend Complaint** [Doc. # 65, filed 9/19/2011] (the "Motion to Amend"); and

(2) **Unopposed Motion to Modify Scheduling Order** [Doc. # 73, filed 10/3/2011] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 65] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing the Second Amended Complaint--Injunctive Relief Sought [Doc. # 65-1];

  (3) The Motion for Extension [Doc. # 73] is GRANTED, and the case schedule is modified to the following extent:

    Discovery Cut-Off:      April 16, 2012

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:   May 16, 2012

    Expert Disclosures:

    (a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 6, 2012;

    (b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 6, 2012;

  (4) The final pretrial conference set for May 8, 2012, is VACATED; and

  (5) A final pretrial conference will be set by the district judge after dispositive motions are determined. If no dispositive motions are filed, the parties are directed to contact the chambers of the district judge within ten days of the dispositive motion deadline to request that a final pretrial conference be set. Failure to contact the chambers of the district judge within the time allowed to request a final pretrial conference may result in the case being dismissed for failure to prosecute.

Dated October 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge