IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

COLLARD PROPERTIES, LLC;
RASMUSSEN CONSTRUCTION SERVICES, LLC; and
KENDALL JAY RASMUSSEN, a/k/a K. Jay Rasmussen,

    Defendants.

_____

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT KAYDEE WYATT
_____

THIS MATTER comes before the Court on the Joint Motion for Dismissal With Prejudice as to Defendant Kaydee Wyatt Only (Motion) **(#99)** filed January 6, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendant Kaydee Wyatt are hereby dismissed, with prejudice, with each party to bear his, her or its own costs and attorney fees. All other claims against all other Defendants shall remain pending. The caption in this matter shall hereafter omit Defendant Wyatt.

DATED this 6th day of January, 2012.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge