IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

       Plaintiff,

v.

COLLARD PROPERTIES, LLC;
RASMUSSEN CONSTRUCTION SERVICES, LLC; and
KENDALL JAY RASMUSSEN, a/k/a K. Jay Rasmussen,

       Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice (Motion) **(#176)** filed July 23, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Defendant Collard Properties, LLC against Defendant Kaydee Wyatt are dismissed with prejudice, each party to bear his, her or its own costs and attorney's fees.

DATED this 23rd day of July, 2012.

                          **BY THE COURT:**

                          _____
                          Marcia S. Krieger
                          United States District Judge