UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

COLLARD PROPERTIES, LLC,
RASMUSSEN CONSTRUCTION SERVICES, LLC;
KENDALL JAY RASMUSSEN a/k/a JAY RASMUSSEN;
KAYDEE WYATT.

    Defendant.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST COLLARD PROPERTIES, LLC**

---

THIS MATTER having come before the Court upon Defendant Collard's Motion for Dismissal [Doc. # 179] and the Stipulation for Dismissal with Prejudice of Plaintiff's Claims Against Defendant Collard Properties, LLC [Doc. #143]; the Court having reviewed the referenced Motion and Stipulation and now being fully advised in the premises;

HEREBY dismisses Plaintiff's claims against Defendant Collard with prejudice.

DATED this 17th day of October, *nunc pro tunc*, October 12, 2012.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge