UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

COLLARD PROPERTIES, LLC,
RASMUSSEN CONSTRUCTION SERVICES, LLC;
KENDALL JAY RASMUSSEN a/k/a JAY RASMUSSEN;
KAYDEE WYATT.

    Defendant.

---

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COLLARD'S CROSS CLAIMS AGAINST DEFENDANTS RASMUSSEN CONSTRUCTION SERVICES, LLC AND KENDALL JAY RASMUSSEN a/k/a JAY RASMUSSEN

---

THIS MATTER having come before the Court upon Defendant Collard's Motion for Dismissal with Prejudice of Cross Claims Against Defendants Rasmussen Construction Services, LLC and Kendall Jay Rasmussen a/k/a Jay Rasmussen [Doc. # 179], the Court having reviewed said Motion and now being fully advised in the premises;

HEREBY GRANTS said Motion and dismisses Defendant Collard's cross claims against Rasmussen Construction Services, LLC and Kendall Jay Rasmussen a/k/a Jay Rasmussen with Prejudice.

DATED this 17th day of October, *nunc pro tunc*, October 12, 2012.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge