IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00011-MSK-BNB

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

RASMUSSEN CONTRUCTION SERVICES, LLC,
KENDALL JAY RASMUSSEN, also known as K. Jay Rasmussen,

      Defendants.

## DEFAULT JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 55(b) and 58(a), the following Default Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on December 7, 2012, adopting the Recommendation issued by the Magistrate Judge (**Doc. #181**) to regarding the plaintiff's Motion for Default Judgment (**Doc. #171**), it is

ORDERED that the Recommendation of Magistrate Judge Boland (**Doc. #181**) is **ADOPTED**. Default Judgment is hereby entered in favor of plaintiff and the case is closed. Plaintiff is awarded damages in the amount of $3,190,468.90 and costs, but no attorney's fees. It is further

ORDERED that plaintiff is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of December, 2012.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk